IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-cr-00173-FL-BM-1

UNITED STATES OF AMERICA,             )
                                      )
            Plaintiff,                )         ORDER ON DEFENDANT'S
                                      )         UNOPPOSED MOTION TO
      v.                              )         ALLOW COUNSEL TO
                                      )         ACCESS PRETRIAL
JESSEE LASHON BURDEN,                 )         SERVICES REPORT
                                      )
            Defendant.                )

      This matter comes before the Court on the unopposed motion of Defendant

Jesse Lashon Burden to allow his counsel to access the sealed pretrial services

report.  For good cause shown, the motion is GRANTED.  The Probation Office is

hereby DIRECTED to provide Paul K. Sun, Jr., Mr. Burden's appointed counsel,

with a copy of the report (DE 17).

      SO ORDERED, this the 25th day of February _____, 2026.


                                    _____
                                    LOUISE W. FLANAGAN
                                    United States District Judge